IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANTHOINETTE MEDLEY | : | CIVIL ACTION |
| *IN HER OWN RIGHT AND AS* | : | |
| *ADMINISTRATRIX OF THE ESTATE OF* | : | No. 12-3877 |
| *NELSIR SCOTT, DECEASED, AND AS* | : | |
| *PARENT AND NATURAL GUARDIAN* | : | |
| *OF STEPFANIE SCOTT, A MINOR* | : | |
| | : | |
| v. | : | |
| | : | |
| INFANTINO, LLC | : | |

## **ORDER**

AND NOW, this 1st day of March, 2013, it is ORDERED Plaintiff Anthoinette Medley's Motion to Remand (Document 8) is GRANTED. The above-captioned civil action is REMANDED to the Court of Common Pleas of Philadelphia County.

This Court having concluded Defendant Infantino, LLC lacked an objectively reasonable basis for seeking removal, it is further ORDERED Medley is awarded costs and attorneys' fees incurred as a result of the removal, in an amount to be determined by the Court upon further submissions by the parties. Medley shall submit to the Court on or before March 8, 2013, documentation as to the costs and expenses incurred in responding to Infantino's notice of removal. Infantino may submit a response on or before March 15, 2013.

BY THE COURT:


  /s/ Juan R. Sánchez
Juan R. Sánchez